# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **HAILEY OWEN**, <br><br> Plaintiff, <br><br> v. <br><br> **LIBERTY MUTUAL PERSONAL INSURANCE COMPANY**, <br><br> Defendant. | Case No. 3:22-cv-01503-IM <br><br> **JUDGMENT** |

Based on the stipulation of the parties, ECF 11, by and through their attorneys of record, **IT IS ADJUDGED** that this case is dismissed with prejudice and without an award of costs or fees to any party.

DATED this fourteenth day of July, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge